# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURMAKHAMED NADYROV,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00754-EPG-HC<br><br>ORDER GRANTING RESPONDENTS' RENEWED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(ECF No. 12) |

Before the Court is Respondents' renewed motion for a thirty-day extension of time to file a response to the petition due to developments in Petitioner's immigration proceedings that may render the petition moot. (ECF No. 12.)

IT IS HEREBY ORDERED that Respondents are granted **THIRTY (30) days** from the date of service of this order to file a response to the petition.

IT IS SO ORDERED.

Dated:   **August 26, 2025**                    /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE